UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

United States of America
-vs-
Redfawn Fallis

Criminal Case: 1:16-mj-359

CLERK'S MINUTES OF HEARING

Hon. Charles S. Miller, Jr.
Bismarck, North Dakota
DR:  161128-000 Fallis
Proceeding: IA

Date: November 28, 2016
Time: 11:30 AM
Clerk:  Candace M. Schafer, CLA
USPO: Todd Pope

Attorneys:     Dave Hagler                    Chris Bellmore - FPD

Dft advised of rights
Dft states she understands rights as explained to her
Dft requests court appointed counsel
Court determines dft is eligible for court appointed counsel
Court appoints Chris Bellmore - FPD
Dft has received copy of complaint
Dft advised of charges in complaint
Dft states she understands charges contained in complaint
Dft advised of additional rights and charges
Preliminary hearing will be set
Govt motion for detention
Dft waives detention hearing
Court accepts waiver as knowingly and voluntarily made with advice of counsel
Court orders be detained; placed into custody of AG pending further proceedings
Recess 11:38 AM