AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
~~UNITED STATES MARSHAL~~

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

NOV 09 2016

DISTRICT OF NORTH DAKOT.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Redfawn Fallis, | ) | Case No. 1:16-mj-359 |
| a/k/a Redfawn Janis, | ) | |
| a/k/a Redfawn X. Martin | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Redfawn Fallis, a/k/a Redfawn Janis, a/k/a Redfawn X. Martin                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Convicted Felon (18 United States Code Sections 922(g)(1) and 924(a)(2))

Date: 11/09/2016

_____
Issuing officer's signature

City and state:  Bismarck, N.D.

Charles S. Miller, Jr. U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 11/09/2016, and the person was arrested on *(date)* 11/28/2016
at *(city and state)* MANDAN, ND.

Date: 11/28/2016

_____
Arresting officer's signature

David Bjornduhl TFO
Printed name and title