IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| v. | Case No. _____ |
| REDFAWN FALLIS,<br>a/k/a REDFAWN JANIS,<br>a/k/a REDFAWN X. MARTIN | Violation:  18 U.S.C. §§ 231(a)(3),<br>922(g)(1), 924(a)(2), 924(c)(1)(A),<br>924(d), and 2; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Civil Disorder**

The Grand Jury Charges:

On or about October 27, 2016, in the District of North Dakota,

REDFAWN FALLIS,
a/k/a REDFAWN JANIS,
a/k/a REDFAWN X. MARTIN,

individually, and by aiding and abetting, committed and attempted to commit any act to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce and the movement of any article or commodity in commerce;

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

COUNT TWO

**Discharge of a Firearm in Relation to a Felony Crime of Violence**

The Grand Jury Further Charges:

On or about October 27, 2016, in the District of North Dakota,

REDFAWN FALLIS,
a/k/a REDFAWN JANIS,
a/k/a REDFAWN X. MARTIN,

individually, and by aiding and abetting, knowingly used, carried, and discharged a firearm, that is, a Ruger, model LCR, .38 Special revolver, bearing Serial Number 543-47899, during and in relation to a felony crime of violence for which she may be prosecuted in a court of the United States, that is, REDFAWN FALLIS, a/k/a REDFAWN JANIS, a/k/a REDFAWN X. MARTIN, discharged a firearm during and in relation to the commission of civil disorder, as set forth in Count One of this Indictment, the descriptions of which are hereby incorporated by reference;

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT THREE

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Further Charges:

On or about October 27, 2016, in the District of North Dakota,

> REDFAWN FALLIS,
> a/k/a REDFAWN JANIS,
> a/k/a REDFAWN X. MARTIN,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Accessory to Crime, in Arapahoe County District Court, Colorado, on December 1, 2003, knowingly possessed in and affecting commerce a firearm and ammunition, that is, a Ruger, model LCR, .38 Special revolver, bearing Serial Number 543-47899; and Federal brand .38 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offense alleged in this Indictment,

REDFAWN FALLIS,
a/k/a REDFAWN JANIS,
a/k/a REDFAWN X. MARTIN,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following: one Ruger, model LCR, .38 Special revolver, bearing Serial Number 543-47899; and Federal brand .38 caliber ammunition.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

DDH/am