UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

United States of America
-vs-
Redfawn Fallis

Criminal Case: 1:17-cr-16

CLERK'S MINUTES OF HEARING

Hon. Charles S. Miller, Jr.
Bismarck, North Dakota
DR:  170109-000 Fallis
Proceeding: ARR

Date: January 9, 2017
Time: 9:30 AM
Clerk:  Candace M. Schafer, CLA
USPO: None Present

Attorneys:    Dave Hagler                    Chris Bellmore - FPD

Dft has received copy of Indictment
Dft advised of charges; maximum penalties
Dft waives reading of Indictment
Dft pleads not guilty to charges in Indictment; contests forfeiture allegation
Trial date: March 7, 2017 - 9:30 AM - Judge Hovland - 3 days
Detention order continued
Recess 9:35 AM