## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Redfawn Fallis, | ) | Case No.  1:17-cr-016 |
| | ) | |
| Defendant. | ) | |

On April 10, 2017, the undersigned issued an order setting conditions of release for defendant. The order provided in part that defendant will be conditionally released to Centre, Inc. in Fargo, North Dakota, on April 17, 2017.

To afford the parties an opportunity to appeal the undersigned's decision to conditionally release defendant, execution of the order setting conditions of release shall be **STAYED** until Wednesday, April 12, 2017.  Appeals of the undersigned's order setting conditions of release should be filed in the interim.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2017.

/s/ Charles S.  Miller, Jr.
Charles S.  Miller, Jr., Magistrate Judge
United States District Court