# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING RESPONSE** |
| | ) | **DATES** |
| vs. | ) | |
| | ) | Case No. 1:17-cr-16 |
| Redfawn Fallis, | ) | |
| | ) | |
| Defendant. | ) | |

The Court's previous order, dated January 9, 2018, stated the parties had ten (10) days from the date of the order to submit a written response as to whether you agree <u>or</u> disagree with the designations given to the 141 prospective jurors. <u>See</u> Docket No. 193, pp. 1-2. The Court now imposes a new deadline of **Monday, January 15, 2018**, for the parties to submit such responses. This is to ensure the Clerk's Office will have sufficient time to send out notices to the jury panel. Further, the parties are requested to file their written responses in ECF using the "Sealed Document" event. The parties are <u>not</u> required to seek leave of Court to file such documents under seal.

   **IT IS SO ORDERED.**

   Dated this 10th day of January, 2018.

                             */s/ Daniel L. Hovland*
                             Daniel L. Hovland, Chief Judge
                             United States District Court