UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 17-00016-DLH |
| | ) | |
| Plaintiff, | ) | MOTION FOR FURLOUGH |
| | ) | TO PERMIT ATTORNEY-CLIENT |
| - vs - | ) | CONFERENCES, PLEA |
| | ) | HEARING PREPARATION, |
| RED FAWN FALLIS, | ) | TRANSPORTATION TO |
| | ) | PLEA HEARING |
| Defendant. | ) | |

The Defendant, RED FAWN FALLIS, by and through her below-signed Counsel, hereby moves this Court for an Order granting her a limited furlough from the Centre, Inc. half-way house in Fargo, North Dakota, authorizing her to be released at 8 a.m. to and travel with Marcos Ciscenaros, the morning of January 21, 2018 to Bismarck, North Dakota, and to stay in Bismarck under the same and previously successful conditions through the Plea Hearing scheduled on January 22, 2018, and then to return to Centre, Inc, in Fargo in the accompany of Marcos Ciscineros by 6 p.m. on January 22, 2018.

This Motion is made to ensure transportation of the Defendant to Bismarck, North Dakota to meet and prepare with her attorneys for the schedule Plea Hearing.  Mr. Ciscenaros has previously been approved by the Court to serve and

1

successfully served in this transportation role.

    This Motion is further based upon the Defendant's Rights to Due Process and would be in the furtherance of justice.

Dated this  *17th*  day of January, 2018.

Respectfully submitted:

 /s/   Bruce Ellison  
BRUCE ELLISON  
Law Office of Bruce Ellison  
P.O. Box 2508  
Rapid City, SD 57709  
(605) 348-1117  
belli4law@aol.com

/s/ Jessie Cook  
JESSIE COOK  
Law Office of Jessie Cook  
400 Wabash Ave, Ste. 212  
Terre Haute, IN 47807  
(812) 232-4634  
jessieacook@icloud.com

 /s/ Molly Armour  
MOLLY ARMOUR  
Law Office of Molly Armour  
4050 N. Lincoln Avenue  
Chicago, IL   60618  
mearmour@gmail.com

Attorneys for Red Fawn Fallis