# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING ORDER** |
| | ) | **GRANTING MOTION FOR** |
| vs. | ) | **FURLOUGH** |
| | ) | |
| Redfawn Fallis, | ) | Case No. 1:17-cr-16 |
| | ) | |
| Defendant. | ) | |

The Court previously granted the Defendant's motion for furlough (Docket No. 207) on January 18, 2018.  See Docket No. 208.  That order (Docket No. 208) is **VACATED**.

**IT IS SO ORDERED.**

Dated this 18th day of January, 2018.

                                      */s/ Daniel L. Hovland*
                                      Daniel L. Hovland, Chief Judge
                                      United States District Court