Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JAN 18 2018

4:50 pm

DISTRICT OF NORTH DAKOTA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Redfawn Fallis | ) | Case No.  1:17-cr-016 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Redfawn Fallis     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of pretrial release

Date:  01/18/2018

/s/ Renee Hellwig
Issuing officer's signature

Renee Hellwig, Deputy Clerk
Printed name and title

City and state:  Bismarck, ND

### Return

This warrant was received on *(date)* 1/18/18, and the person was arrested on *(date)* 1/18/18
at *(city and state)*   Fargo, ND   .

Date:  1/18/18

Arresting officer's signature

Brad Flaa, SDUSM
Printed name and title