IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REDFAWN FALLIS, a/k/a REDFAWN JANIS, a/k/a REDFAWN X. MARTIN,<br><br>Defendant. | Case No. 1:17-cr-16<br><br>ORDER DISMISSING FORFEITURE ALLEGATION |

Before this Court is the United States' oral motion made in open court on June 25, 2018, to dismiss the forfeiture allegation in the Superseding Indictment filed on March 1, 2017 (DCD 40, p. 4), as the parties stipulated and agreed in the Plea Agreement: "The United States will also move to dismiss the Forfeiture allegation as Defendant claims no interest in the firearm or ammunition." (DCD 217, ¶ 4).

The motion is **GRANTED** and the Court **HEREBY ORDERS THE FORFEITURE ALLEGATION DISMISSED.**

**IT IS SO ORDERED.**

Dated this 11th day of July, 2018.

_____
Daniel L. Hovland, Chief Judge
United States District Court